**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In re Team Industrial Services, Inc., and Sid Cammeresi

Appellate case number:   01-21-00212-CV

Trial court case number:  18-DCV-256883

Trial court:                   268th District Court of Fort Bend County

Relators, Team Industrial Services, Inc. and Sid Cammeresi, have filed a petition for writ of mandamus challenging the trial court's May 3, 2021 order enforcing a subpoena and requiring relator, Sid Cammeresi, to appear for trial beginning May 4, 2021.  Relators have also filed a motion for temporary relief asking this Court to stay the order pending this Court's decision.

The Court **grants** the motion for temporary relief and **orders** the May 3, 2021 order enforcing the subpoena against Sid Cammeresi **stayed** pending this Court's disposition of the petition for writ of mandamus.

The Court requests a response to the petition for writ of mandamus from real parties in interest, Kelli Most, Individually and as Personal Representative of the Estate of Jesse Henson, to be filed **by Wednesday, May 5, 2021, at 5:00 p.m**.

It is so ORDERED.


Judge's signature: ____Justice Richard Hightower_____
                          ☑ Acting individually     ☐ Acting for the Court


Date: _____May 4, 2021_____